IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS AGBABIAKA,

    Plaintiff,

v.

HSBC BANK USA NATIONAL ASSOCIATION, et al.,

    Defendants.

                                          /

No. C 09-03982 JSW

**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING**

On October 8, 2009, Defendants Litton Loan Services and HSBC Bank USA filed a motion to dismiss, a motion to strike, and a motion to expunge lis pendens, and noticed each of those motions for hearing on November 13, 2009. It is HEREBY ORDERED that the hearing is continued to Friday, December 4, 2009 at 9:00 a.m. Plaintiff's opposition to the motions shall be due on October 30, 2009, and Defendants' reply briefs shall be due on November 6, 2009. If either party wishes to modify this briefing schedule, that party shall submit a request to the Court demonstrating good cause for any such request.

**IT IS SO ORDERED.**

Dated: October 9, 2009

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE